DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JUSTIN GREGORY REGISTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3787

_____

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Howard L. Dimmig, II, Public Defender, and Stephania A. Valantasis, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.